# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STEVEN MCCAY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN SOTO, Warden,<br><br>　　　　　Respondent. | Case No. CV 15-1963-JLS (JEM)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 24, 2015.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE